IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60767
Summary Calendar
_____

ABDEL QADER HAMAD,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 916 089
--------------------
June 6, 2002

Before JONES, SMITH and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Abdel Qader Hamad petitions for review of the Board of Immigration Appeals' decision dismissing his appeal from the immigration judge's decision to deny his application for asylum and for a withholding of deportation.  He argues that the Board erred by determining that he did not have a well-founded fear of future persecution in Kuwait.  We have reviewed the record and the briefs and determine that the Board's decision is supported by substantial

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence.  See <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).  The petition for review is DENIED.

**DENIED.**